UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT DIAZ,

                      Plaintiff,

-against-                              24 **CIVIL** 4220(ER)

                                             **JUDGMENT**

D'ANGEL AUTO BODY REPAIR, INC. d/b/a FLAT
FIX TIRES, 149 AUTO BODY REPAIR
CORPORATION, and JUAN LAN-TIGUA,

                     Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 11, 2024, Defendants' motion to dismiss the complaint is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 12, 2024

                                                      **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                          **BY:**

                                                        **Deputy Clerk**